**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT OWENSBORO**

**ROGER WAYNE ROACH PHILPOT**                                                              **PLAINTIFF**
ON BEHALF OF **J.J.P. (a minor)**

**v.**                                                                               **CIVIL ACTION NO. 4:11CV-62-M**

**SHANNON DAY PORTER MINOR CLEVELAND** *et al.*                      **DEFENDANTS**

**MEMORANDUM OPINION**

Roger Wayne Roach Philpot filed a complaint without the assistance of counsel (*pro se*) on behalf of his minor child, J.J.P. (DN 1).  By Order entered September 6, 2011, the Court concluded that Philpot, an unrepresented parent, cannot bring this action on behalf of his minor child, J.J.P., without legal representation and directed that within 60 days Philpot must obtain counsel to proceed with this action.  The Court advised that if Philpot failed to obtain counsel to represent his minor child's interest, the instant action would be dismissed without prejudice.

Well over 60 days have passed, and the record reveals that Philpot has failed to obtain counsel and has not filed anything with the Court since its September 6, 2011, Order.  Because this action cannot proceed without counsel, the Court will dismiss this action without prejudice by separate Order.

Date:

cc:      Plaintiff, *pro se*
4414.005